No. 11-6245. David Wayne Poydras, Petitioner v. Kevin J. Martin, et al.

565 U.S. 1038, 132 S. Ct. 579, 181 L. Ed. 2d 427, 2011 U.S. LEXIS 8149.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 437 Fed. Appx. 337.

No. 11-6246. Pamper Petterway, Petitioner v. New Jersey.

565 U.S. 1038, 132 S. Ct. 579, 181 L. Ed. 2d 427, 2011 U.S. LEXIS 8096.

November 14, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

No. 11-6247. Ahimaaz Ben Levi, Petitioner v. Illinois.

565 U.S. 1038, 132 S. Ct. 580, 181 L. Ed. 2d 427, 2011 U.S. LEXIS 8151.

November 14, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Fifth District, denied.

Same case below, 404 Ill. App. 3d 1191, 374 Ill. Dec. 1086, 996 N.E.2d 781.

No. 11-6253. Kirk Wayne McBride, Sr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 1038, 132 S. Ct. 580, 181 L. Ed. 2d 427, 2011 U.S. LEXIS 8134.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-6255. Jermaine S. Murphy, Petitioner v. Illinois.

565 U.S. 1038, 132 S. Ct. 580, 181 L. Ed. 2d 427, 2011 U.S. LEXIS 8222.

November 14, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 405 Ill. App. 3d 1201, 375 Ill. Dec. 699, 997 N.E.2d 1010.

No. 11-6256. Enjoli Elan McClendon, Petitioner v. California.

565 U.S. 1038, 132 S. Ct. 580, 181 L. Ed. 2d 427, 2011 U.S. LEXIS 8259.

November 14, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

No. 11-6262. Annette Nash, Petitioner v. Neil B. Ptashnink, et al.

565 U.S. 1038, 132 S. Ct. 580, 181 L. Ed. 2d 427, 2011 U.S. LEXIS 8106, ▮

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.